Joseph T. Sucec, Esq.
Attorney for Plaintiff
325 Peach Glen-Idaville Road
Gardners, PA 17324
717-315-2359
joesucec@comcast.net
PA74482

## IN THE UNITED STATES COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET MORGAN : | |
|     plaintiff : | |
| v. : | No. 3:17-cv-01621-RPC |
| Capital One Bank Corp : | |
| and : | |
| JOHN DOES 1-10 : | |
| and : | |
| CORPORATIONS X,Y,Z. : | |
|     defendant : | CIVIL ACTION - LAW |
| : | CLASS ACTION |
| : | JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Defendant having filed neither an Answer nor a Federal Rule 56 Motion for Summary Judgment, Plaintiff hereby withdraws the Complaint in this matter and Dismisses the above case without prejudice.

Date: 10/3/2018

/s/ Joseph T. Sucec, Esq.

_____

Joseph T. Sucec, Esq.